UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JUSTIN MUTH                                                                                               PLAINTIFF

v.                                                                                    CIVIL ACTION NO. 3:13-CV-P225-S

HARDIN COUNTY DETENTION CENTER et al.                                        DEFENDANTS

## MEMORANDUM OPINION

By Order entered March 8, 2013, the Court directed Plaintiff to fill out and return a prisoner civil-rights complaint form within 30 days. That Order warned Plaintiff that failure to dismiss could result in dismissal of this civil action. A review of the record in this action reveals that Plaintiff has failed to comply with the Order or show cause for said failure. Additionally, Plaintiff has not complied with a notice of deficiency sent by the Clerk of Court on February 25, 2013, regarding the need to either pay the filing fee or file an application to proceed without prepayment of filing fees within 30 days.

Consequently, the instant action will be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Date: April 19, 2013

Charles R. Simpson III, Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
        Defendants
4411.009